IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORLETHA LASHA LAMBERT**  **PLAINTIFF**
*ADC #719450*

v.  CASE NO. 3:24-CV-00024-BSM

**RANDY F. PHILHOURS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE